1
2
3
4
5
6
7
8

9               UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12   CYNTHIA C.,                              Case No.:  23-CV-1455-WVG

13                          Plaintiff,        **ORDER SETTING SCHEDULE FOR**

14   v.                                       **MANDATORY SETTLEMENT**
                                              **DISCUSSION AND MERITS**
15   KILOLO KIJAKAZI, ACTING                  **BRIEFING**
     COMMISSIONER OF SOCIAL
16   SECURITY,

17                          Defendant.

18

19

20

21

22          On August 8, 2023, Plaintiff filed a Complaint against the Commissioner of Social

23   Security seeking judicial review of the denial of her application(s) for Supplemental

24   Security Income benefits.  Doc. No. 1.  The Commissioner filed the Administrative Record

25   on October 6, 2023.  Doc. No. 9.

26          Pursuant to Civil Local Rule 16.1(e)(3), Early Neutral Evaluation and Case

27   Management Conferences are not required to be held in this case.  Accordingly, **IT IS**

28   **HEREBY ORDERED**:

## I.   **MANDATORY SETTLEMENT DISCUSSION**

The parties shall engage in good faith settlement discussions aiming to resolve the matter as follows:

1. No later than **October 24, 2023**, Plaintiff shall prepare a written and detailed settlement proposal and deliver it by e-mail to counsel representing the Commissioner.

2. The Commissioner shall evaluate the merits of Plaintiff's contentions and respond to Plaintiff's settlement proposal by e-mail no later than **November 7, 2023**.  The parties are encouraged to meet and confer by telephone after Plaintiff's receipt of the Commissioner's written response.

3. No later than **November 14, 2023**, the parties shall:
   a.  file a joint motion requesting additional time to meet and confer;
   b.  file a Joint Notice of Settlement; or
   c.  file a Joint Status Report advising the Court that they have not resolved the matter through good faith settlement discussions.

## II.   **MERITS BRIEFING**

If the parties do not resolve the matter after engaging in good faith settlement discussions, the parties shall comply with the following briefing schedule:

1. Plaintiff shall file a merits brief no later than **30 days** after the filing of the Joint Status Report.

2. The Commissioner shall file an opposition (not a cross-motion for summary judgment) no later than **30 days** after service of Plaintiff's merits brief.

3. Plaintiff may file a reply no later than **14 days** after service of the Commissioner's opposition.

4. No other briefs or motions are required to be filed for the Court to dispose of the case on its merits.  CivLR 7.1(e)(6)(e)(3).

5. No oral argument will be held unless otherwise ordered by the Court.  CivLR 7.1(e)(6)(f)

6. Any request to modify this briefing schedule **shall** comply with the assigned magistrate judge's civil chambers rules.

    **IT IS SO ORDERED**.

Dated: October 10, 2023

                                      _____

                                      Hon. William V. Gallo
                                      United States Magistrate Judge

23-CV-1455-WVG